IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PEREZ TOMAYO TULIO,** | ) | |
| | ) | |
| Petitioner, | ) | Civ. Action No. 05-120 (Erie) |
| | ) | |
| v. | ) | **Judge Sean J. McLaughlin** |
| | ) | **Magistrate Judge Susan Paradise Baxter** |
| **WARDEN JAMES F. SHERMAN,** | ) | |
| | ) | filed electronically |
| Respondent. | ) | |

## ORDER

AND NOW, this _____ day of _____, 2005, the Respondent having filed a Motion for Enlargement of Time to File Response, said Motion is hereby GRANTED;

It is ORDERED that the time for filing a response to the Petition in this case is hereby enlarged for a period of thirty (30) days, or until September 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Perez Tomayo Tulio, *pro se*
    Christy Wiegand, Asst. U.S. Attorney