SCANNED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEREZ TOMAYO TULIO, <br> Petitioner, | ) <br> ) <br> ) |
| v. | ) C.A. No. 05-120 Erie <br> ) |
| WARDEN JAMES F. SHERMAN, <br> Respondent. | ) <br> ) |

## RULE AND ORDER

AND NOW, this 1st day of August, 2005, after Perez Tomayo Tulio presented a petition for a writ of habeas corpus,

IT IS ORDERED that within twenty days of service of this Rule and Order, the Respondent, and the United States Attorney for the Western District of Pennsylvania file an answer and brief to the allegations of the petition for writ of habeas corpus as well as a supporting brief showing cause, if any, why the writ should not be granted.

Service of this Rule and Order, together with a copy of the petition shall be made upon the Respondent, the United States Attorney General and the US Attorney for the Western District of Pennsylvania, by the United States Marshal. Service shall be by certified mail.

All costs to be advanced by the United States.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge

**2. Article Number:** 7160 3901 9842 6648 5829
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
10TH & CONSTITUTION, N.W.
WASHINGTON, D.C. 20500

5-120E,O/P,8/10/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Ernest L. Forbes
B. Date of Delivery:
C. Signature: X AUG 15 2005 ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

05-120E

PS Form 3811, January 2003 — Domestic Return Receipt

---

**2. Article Number:** 7160 3901 9842 6648 5805
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

JAMES SHERMAN, WARDEN
FCI MCKEAN
P.O. BOX 8000
BRADFORD, PA. 16701

5-120E,O/P,8/10/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): D DRACUP
B. Date of Delivery: 8/12
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

05-120E

PS Form 3811, January 2003 — Domestic Return Receipt

---

**2. Article Number:** 7160 3901 9842 6648 5812
**3. Service Type:** CERTIFIED MAIL
**4. Restricted Delivery?** (Extra Fee) ☐ Yes
**1. Article Addressed to:**

UNITED STATES ATTORNEY
700 GRANT STREET, SUITE 800
PITTSBURGH, PA. 15219

5-120E,O/P,8/10/05,SRB

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly):
B. Date of Delivery: 8-11-05
C. Signature: X Verrilla ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

05-120E

PS Form 3811, January 2003 — Domestic Return Receipt

05-120Erie