# EXHIBIT 1

```
NERH4            *         PUBLIC INFORMATION         *      09-09-2005
PAGE 001         *            INMATE DATA             *      09:17:45
                            AS OF 09-09-2005

REGNO..: 67020-053 NAME: PEREZ-TAMAYO, TULIO MANUEL
                    RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 814-362-8900    FAX: 814-363-6821
                                             RACE/SEX...: WHITE / MALE
FBI NUMBER.: 996400HA1                       DOB/AGE....: 05-20-1972 / 33
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 03-11-2007                      PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY --------------------------
FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-21-2002 0820  CURRENT
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-21-2002 0820  06-21-2002 0820
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-21-2002 0603 06-21-2002 0820
LEW    HLD REMOVE  HOLDOVER REMOVED              06-21-2002 0603  06-21-2002 0603
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-12-2002 1141  06-21-2002 0603
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-12-2002 1141  06-12-2002 1141
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-12-2002 0710 06-12-2002 1141
BRO    HLD REMOVE  HOLDOVER REMOVED              06-12-2002 0710  06-12-2002 0710
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED  04-26-2002 1422  06-12-2002 0710
BRO    ADM CHANGE  RELEASE FOR ADMISSION CHANGE  04-26-2002 1420  04-26-2002 1422
BRO    A-PRE       PRE-SENT ADMIT, ADULT         03-15-2002 1714  04-26-2002 1420
BRO    L HOSP USM  ESC TRP TO LOC HOSP W/RETN-USM 03-15-2002 1343 03-15-2002 1714
BRO    A-PRE       PRE-SENT ADMIT, ADULT         08-07-2001 1927  03-15-2002 1343




G0002        MORE PAGES TO FOLLOW . . .
```

```
NERH4              *         PUBLIC INFORMATION         *      09-09-2005
PAGE 002           *            INMATE DATA             *      09:17:45
                              AS OF 09-09-2005

REGNO..: 67020-053 NAME: PEREZ-TAMAYO, TULIO MANUEL

                  RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 814-362-8900    FAX: 814-363-6821
PRE-RELEASE PREPARATION DATE: 09-11-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-11-2007 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER...................: CR01-00966 (CBA)
JUDGE...........................: AMON
DATE SENTENCED/PROBATION IMPOSED: 04-26-2002
DATE COMMITTED..................: 06-21-2002
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $100.00        $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 -----------------------------
OFFENSE CODE....:  171
OFF/CHG: 8:1326(A)&1326(B)(2) ILLEGAL RE-ENTRY AFTER DEPORTATION

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    77 MONTHS
  TERM OF SUPERVISION............:     2 YEARS
  CLASS OF OFFENSE...............: CLASS C FELONY
  DATE OF OFFENSE................: 06-01-1999




G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4              *        PUBLIC INFORMATION        *    09-09-2005
PAGE 003 OF 003    *            INMATE DATA           *    09:17:45
                              AS OF 09-09-2005

REGNO..: 67020-053 NAME: PEREZ-TAMAYO, TULIO MANUEL

                   RESP OF: MCK / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 814-362-8900    FAX: 814-363-6821
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-25-2002 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-26-2002
TOTAL TERM IN EFFECT............:    77 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 YEARS      5 MONTHS
EARLIEST DATE OF OFFENSE........: 06-01-1999

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     08-07-2001    04-25-2002

TOTAL PRIOR CREDIT TIME.........: 262
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 302
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 03-11-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-07-2008

PROJECTED SATISFACTION DATE.....: 03-11-2007
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```