IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEREZ TOMAYO TULIO | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 05-120 (Erie) |
| | ) | |
| v. | ) | Judge Sean J. McLaughlin |
| | ) | Magistrate Judge Susan Paradise Baxter |
| JAMES SHERMAN, WARDEN, | ) | |
| FCI McKEAN, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2005, upon consideration of the Petition for Writ of Habeas Corpus filed in this matter, and the Response filed by Respondent,

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Tulio Perez-Tamayo, *pro se*
    Christy Wiegand, Asst. U.S. Attorney